UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-cr-0068-B0

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )    **ORDER** <br>) |
| RUBEN CHAVEZ | )<br>)<br>) |

This matter comes before the Court on the defendant's motion to amend the judgment. The government does not object to this motion. For good cause shown, the motion is hereby GRANTED, and the amended judgment is to reflect the recommendation that the defendant be placed at the Federal Correctional Complex in Butner, North Carolina to serve out the active portion of his judgment.

SO ORDERED.

This the 16 day of May, 2017.

Terence W. Boyle
United States District Court Judge