UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ruben Chavez**                                                    Docket No. 7:16-CR-68-2BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ruben Chavez, who, upon an earlier plea of guilty to Interfering With Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951(a) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 11, 2017, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ruben Chavez was released from custody on November 30, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2018, the defendant submitted to a drug test that yielded positive results for cocaine. When confronted on February 15, 2018, the defendant was adamant that he has not used cocaine but did not want to contest the laboratory results. As such, he signed a Waiver of Hearing agreeing to have the conditions of his supervision modified to include substance abuse treatment, and a requirement that he complete 12 hours of community service.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Robert L. Thornton                          /s/ David W. Leake
Robert L. Thornton                              David W. Leake
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                2 Princess Street, Suite 308
                                                Wilmington, NC 28401-3958
                                                Phone: 910-679-2045
                                                Executed On: February 15, 2018

Ruben Chavez
Docket No. 7:16-CR-68-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __Feb__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge